IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK
_____

JAMES HANNA,

       Plaintiff,

           Civil Action No. 5:13-CV-471
vs.              (NAM/TWD)

LIFE INSURANCE COMPANY OF
NORTH AMERICA,

       Defendant.
_____

APPEARANCES:        OF COUNSEL:

Office of Frank Clark       Frank A. Clark, Esq.
One Park Place
300 South State Street
Suite 410
Syracuse, NY 13202
Attorney for Plaintiff

Russo, Keane Law Firm      Kevin G. Horbatiuk, Esq.
33 Whitehall Street
16th Floor
New York, NY 10004
Attorney for Defendant

**Norman A. Mordue, Senior U.S. District Judge**

JUDGMENT DISMISSING ACTION
<u>BASED UPON SETTLEMENT</u>

  The Court having been advised by counsel that the above entitled action has been settled, or is in the process of reaching a settlement, it is unnecessary for the action to remain active on the Court's calendar. Accordingly, pursuant to N.D.N.Y.L.R. 68.2(a), it is hereby

  ORDERED, as follows:

  1) The above captioned case is hereby **DISMISSED** in its entirety **without prejudice** to

re-opening upon the motion of any party within thirty days of the date of the filing of this order upon a showing that the settlement was not consummated;

2) The dismissal of the above captioned case shall become **with prejudice** on the thirty-first day after the date of the filing of this order <u>unless</u> any party moves to re-open this case within thirty days of the date of filing of this order upon a showing that the settlement was not consummated. Upon completion of settlement, the parties are directed to exchange general releases and file a **Stipulation of Discontinuance** with the Court that must include language **"<u>that no party hereto is an infant or incompetent</u>**" in compliance with N.D.N.Y.L.R. 41.3; and

3) The Clerk shall serve copies of this Judgment upon counsel in this matter by electronic means.

IT IS SO ORDERED.

Date: July 17, 2014

*Norman A. Mordue*
Norman A. Mordue
Senior U.S. District Judge