UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
JAMES HANNA,                                                    Civil Action No.: 5:13-CV-00471
                                                                                    (NAM-TWD)
                              Plaintiff,

                                                                       **STIPULATION OF**
              -against-                                                 **DISCONTINUANCE**

LIFE INSURANCE COMPANY OF NORTH
AMERICA,
                              Defendant.
----------------------------------------------------------X

      **IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned, the

attorneys of record  for defendant, **LIFE INSURANCE COMPANY OF NORTH AMERICA**

in the above-entitled action, that whereas no party hereto is an infant or incompetent person for

whom a committee has been appointed and no person not a party has an interest in the subject

matter of the action, the complaint in the above entitled action and any and all cross claims be,

and the same are hereby discontinued with prejudice, and without costs to either party as against

the other.  This stipulation may be filed without further notice with the Clerk of the Court.

Dated: New York, New York
      July 21, 2014

**LAW OFFICES OF FRANK A CLARK**              **RUSSO & TONER, LLP**
Frank A. Clark, Esq.                                             Kevin G. Horbatiuk, Esq.
Attorneys for Plaintiff                                           Attorneys for Defendant
**JAMES HANNA**                                           **LIFE INSURANCE COMPANY OF**
One Park Place, Suite 410                                    **OF NORTH AMERICA**
300 South State Street                                         33 Whitehall Street, 16th Floor
Syracuse, New York 13202                                New York, New York 10004
                                                                           (212) 482-0001
                                                                           R&T File No.: 820.303

                **IT IS SO ORDERED:**

                **Norman A. Mordue**
                **Senior U.S. District Judge**

      **Dated:**    July 28, 2014
              **Syracuse, NY**